Bossier Parish Clerk of Court
Filed Jan 19, 2021 10:50 AM
Katie F. Best
Deputy Clerk of Court

C-163969
1

| | |
|---|---|
| **ANTHONY WOODS** | **DOCKET NO.:** |
| | **26th JUDICIAL DISTRICT COURT** |
| **VERSUS** | |
| | **BOSSIER PARISH** |
| **RLI INSURANCE COMPANY, TRANSAM TRUCKING, INC. and ALISHIA DANIELLE ROBBINS** | **STATE OF LOUISIANA** |

## PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, ANTHONY WOODS, a person of the full age of majority and resident of Tamms, Illinois who respectfully represents:

1.

Made Defendants herein are:

a) **RLI INSURANCE COMPANY,** upon information and belief, a foreign insurance company authorized to do and doing business, at all times relevant, within the State of Louisiana, which provided coverage to the vehicle owned by **TRANSAM TRUCKING, INC.** and driven by **ALISHIA DANIELLE ROBBINS;**

b) **TRANSAM TRUCKING, INC.** upon information and belief, a domestic company authorized to do and doing business, at all times relevant, within the State of Louisiana, and owner of the vehicle operated by **ALISHIA DANIELLE ROBBINS;** and

c) **ALISHIA DANIELLE ROBBINS**, upon information and belief, a person of the full age of majority and a resident of the 16810 Poyner Road N, Polk City, Florida, was the driver of the vehicle, which was owned by **TRANSAM TRUCKING, INC.**

2.

Defendants are indebted, jointly, severally, and *in solido*, for the following:

On or about January 16, 2020, Plaintiff, ANTHONY WOODS parked his vehicle at 490 North Elm Street, Haughton, LA, Pilot Truck Stop.

3.

At the same time, Defendant, ALISHIA DANIELLE ROBBINS, was operating her KENWORTH Trailer-Truck owned by TRANSAM TRUCKING, INC. and was turning when suddenly and without any warning her Trailer struck Plaintiff's vehicle with force thus causing the accident. Plaintiff's vehicle sustained moderate-major damage to the front right side.

**Certified True and Correct Copy**
CertID: 2021122900100



Bossier Parish
Clerk of Court

**Ex. A**

Generated Date:
12/29/2021 6:48 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

4.

Defendant ALISHIA DANIELLE ROBBINS was acting within the scope of her employment with TRANSAM TRUCKING, INC. at the time of accident and was insured by RLI INSURANCE COMPANY.

5.

The collision was a direct result of the negligence of defendant, ALISHIA DANIELLE ROBBINS, in the following non-exclusive, particulars:

a. Failure to exercise reasonable care;

b. Failure to keep a proper lookout;

c. Failure to see what should have been seen;

d. Operating a vehicle in a careless and reckless manner, without due regard for the safety of others;

e. Inattentiveness;

f. Failure to have her automobile under control so as to keep it from striking the plaintiff's vehicle;

g. Failure to steer her automobile properly so as to avoid striking the plaintiff's vehicle;

h. Failure to apply the brakes properly on her automobile so as to bring it to a stop before colliding with the plaintiff's vehicle; and

i. Failure to take appropriate and necessary steps in order to avoid the accident.

6.

As a result of the collision, Plaintiff ANTHONY WOODS is due damages as follows:

a) Property damage incurred as a result of the collision described herein;

b) Loss of use and/or vehicle replacement or substitution while the vehicle is repaired; and

c) Other damages; past, present and future, to be proven more fully at trial.

7.

RLI INSURANCE COMPANY, as the insurer of the vehicle owned by TRANSAM TRUCKING, INC. and driven by ALISHIA DANIELLE ROBBINS, is solidarily bound for all damages due. Pursuant to the terms of said insurance contract, RLI INSURANCE COMPANY did agree to stand in judgment jointly, severally and in solido with the said Defendants TRANSAM


**Certified True and Correct Copy**
CertID: 2021122900100


Bossier Parish
Clerk of Court

Generated Date:
12/29/2021 6:48 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

TRUCKING, INC. and ALISHIA DANIELLE ROBBINS for the acts done by her, which caused the damages complained of herein.

**WHEREFORE**, Plaintiff, ANTHONY WOODS, prays that this petition be filed and that Defendants, TRANSAM TRUCKING, INC., ALISHIA DANIELLE ROBBINS and RLI INSURANCE COMPANY, be duly cited and served with a copy of same and, that after legal delays and due proceedings had there be judgment in favor of Plaintiff and against Defendants for a full and true sum of an amount reasonable in the premises to be proven at the trial on the merits of this matter, together with legal interest from date of judicial demand until paid, and for all costs of these proceedings and all other just and equitable relief.

Respectfully submitted:

**L. CLAYTON BURGESS, A P.L.C.**
605 West Congress Street
Lafayette, Louisiana 70501
Telephone: (337) 234-7573

_____
**L. CLAYTON BURGESS** (22979)
**LIZA R. TRAHAN** (38381)
Attorneys for Plaintiff

**PLEASE SERVE:**

**ALISHIA DANIELLE ROBBINS**
Through personal service at:
16810 Poyner Road N
Polk City, Florida

**RLI INSURANCE COMPANY**
Through: long arm citation
200 East Gaines Street
Tallahassee, Florida 32399-0000

**TRANSAM TRUCKING, INC.**
Through: long arm citation
15910 S. U.S. Highway 169
Olathe, KS 66062

Certified True and Correct Copy
CertID: 2021122900100
Bossier Parish
Clerk of Court
Generated Date:
12/29/2021 6:48 PM
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Bossier Parish Clerk of Court
Filed Jan 19, 2021 10:50 AM
Katie F. Best
Deputy Clerk of Court

C-163969
1

| | |
|---|---|
| **ANTHONY WOODS** | **DOCKET NO.:** |
| | **26th JUDICIAL DISTRICT COURT** |
| **VERSUS** | |
| | **BOSSIER PARISH** |
| **RLI INSURANCE COMPANY, TRANSAM TRUCKING, INC. and ALISHIA DANIELLE ROBBINS** | **STATE OF LOUISIANA** |

## REQUEST FOR NOTICE OF THE RENDITION OF ALL INTERLOCUTORY ORDERS OR JUDGMENTS

TO:   **Bossier Parish Clerk of Court**
      415 St. Martin Street
      P.O. Box 308
      St. Martinville, LA 70582

Formal request is hereby made for written notice within ten (10) days in advance of any date fixed for the rendition of all interlocutory orders or judgments, as well as notice of hearings and/or trials (whether on merits or otherwise), in the above numbered and entitled cause, as provided in the Louisiana Code of Civil Procedure, particularly Articles 1571, 1572, 1913, 1914.

Respectfully submitted:

**L. CLAYTON BURGESS, A P.L.C.**
605 West Congress Street
Lafayette, Louisiana 70501
Telephone: (337) 234-7573

_____
**L. CLAYTON BURGESS** (22979)
**LIZA R. TRAHAN** (38381)
Attorneys for Plaintiff

**Certified True and Correct Copy**
CertID: 2021122900100

Bossier Parish
Clerk of Court

Generated Date:
12/29/2021 6:48 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Case 5:21-cv-04461    Document 1-1    Filed 12/31/21    Page 5 of 6 PageID #: 1

Bossier Parish Clerk of Court    C-163969
Filed Dec 13, 2021 11:20 AM
Joy Gibson    FAX filed on
Deputy Clerk of Court    December 6, 2021

| | |
|---|---|
| ANTHONY WOODS | DOCKET NO. C-163969 |
| VERSUS | 26TH JUDICIAL DISTRICT COURT |
| | PARISH OF BOSSIER |
| RLI INSURANCE COMPANY, TRANSAM TRUCKING, INC. & ALISHIA DANIELLE ROBBINS | STATE OF LOUISIANA |
| FILED: _____ | _____ |
| | DEPUTY CLERK |

### PLAINTIFFS' UNOPPOSED MOTION TO DISMISS RLI INSURANCE COMPANY

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Anthony Woods, who move to dismiss all claims against Defendant, RLI Insurance Company ("RLI"), in this matter, without prejudice, to wit:

1. Plaintiff has asserted claims in the above-captioned litigation against Defendants Alishia Danielle Robbins, Trans-Am Trucking, Inc., and RLI, an insurer of Trans-Am Trucking, Inc.

2. The insurance policy issued by RLI to Trans-Am Trucking, Inc. includes a self-insured retention pursuant to which Trans-Am Trucking, Inc. is responsible for any proven and awarded damages up to $500,000.00. RLI's policy and coverage only applies to any ultimately proven damages that exceed $500,000.00.

3. The Plaintiff does not anticipate that any potential recovery in this lawsuit will approach $500,000.00.

4. Accordingly, considering the damages sought in Plaintiff's Petition and the self-insured retention provision in the RLI insurance policy, RLI will not be liable or responsible under the policy for any damages sought in the above-captioned litigation by the Plaintiff.

5. W. Spencer King, counsel for RLI, consents to and does not oppose this Motion to Dismiss RLI.

**WHEREFORE**, Plaintiffs seek an order dismissing all of their claims against Defendant RLI Insurance Company, without prejudice, each party to bear their own costs. Plaintiff reserves all rights and claims asserted in this matter against the remaining named Defendants, TransAm Trucking, Inc. and Alishia Danielle Robbins, and those remaining named Defendants are not impacted by the instant motion.

{N1915944 -}


**Certified True and Correct Copy**
CertID: 2021122700002


Bossier Parish
Clerk of Court

Generated Date:
12/27/2021 4:06 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Respectfully submitted,

_____
L. CLAYTON BURGESS (22979)
L. CLAYTON BURGESS, A.P.L.C.
605 West Congress Street
Lafayette, LA 70501
Tel.: 337-234-7573

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record either by hand delivery, email, facsimile or by placing the same in the United States mail, properly addressed and postage pre-paid, this 30 day of November 2021.

_____
L. CLAYTON BURGESS

{N1915944 -}



**Certified True and Correct Copy**
CertID: 2021122700002

Bossier Parish
Clerk of Court

Generated Date:
12/27/2021 4:06 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).